IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENYA HARRIS, | ) | No. C 13-4126 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| OAKLAND POLICE DEPARTMENT, | ) | |
| Defendants. | ) | |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/3/13

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Harris126jud.wpd